IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MARLO WILLINGHAM,        )
                         )
     PLAINTIFF,          )
                         )
VS.                      )     CV99-H-2823-E
                         )
THE HOUSING AUTHORITY of )
JACKSONVILLE, ALABAMA,   )
                         )
     DEFENDANT.

ENTERED
DEC 2 0 2000

MEMORANDUM OF DECISION

Plaintiff initiated this action October 20, 1999 by filing a complaint seeking pursuant to 42 U.S.C. § 1983 to redress an alleged deprivation by defendant of rights secured to her under the Constitution and/or the Housing Act of 1937, 42 U.S.C. § 1401, et seq. The factual background of this action and the position of the parties with respect thereto are set forth in paragraph 6 of the pretrial order entered September 28, 2000. Shortly after such pretrial conference plaintiff discharged her attorney and the court's October 10, 2000 order advised plaintiff promptly to secure new counsel to assist her since the case was scheduled for trial December 20, 2000. Plaintiff elected to represent herself pro se.

The court has before it the November 9, 2000 motion of defendant for summary judgment. In support of the motion defendant has submitted a brief with evidentiary material attached thereto. In opposition to the motion plaintiff has submitted an unsigned single sheet of paper that cannot be viewed as evidence.[1]

Defendant correctly points out that a section 1983 claim cannot be predicated upon the principle of <u>respondeat superior</u> and that there is simply no evidence that the conduct about which plaintiff complains was pursuant to any policy, custom or practice of defendant.

A separate order granting the motion for summary judgment will be entered.

DONE this 20th day of December, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The November 16, 2000 order of submission transmitted to plaintiff a copy of Fed. R. Civ. P. 56.